AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

XXXXXXXXXXXXX
Rcpt # **54635064125** XX
XX

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

Amrit Sapkota
A#201431262

_____

_Petitioner_

v.

**LAS**ALLE CORRECTIONAL CENTER
15976 HWY 165 OLLA  ,LA 71465
WARDERN CHRISTOPHER FREDERICK

_____

_Respondent_
_(name of warden or authorized person having custody of petitioner)_

)
)
)
)
)
)
)
)
)
)
)
)

**RECEIVED**

JUL – 1 2020

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Case No. _____

_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:    **AMRIT SAPKOTA**
    (b) Other names you have used:
2.  Place of confinement:
    (a) Name of institution:    **LASALLE CORRECTIONAL CENTER**
    (b) Address:    LASALLE CORRECTIONAL CENTER ,15976 HWY 165,OLLA,LA 71465

    (c) Your identification number:    A#201431262
3.  Are you currently being held on orders by:
    ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you:

          (b) Docket number of criminal case:
          (c) Date of sentencing:
    ☑ Being held on an immigration charge
    ☐ Other _(explain)_:

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:  LASALLE SERVICE PROCESSING CENTER ,830 PINEHILL ROAD,JENA,LA 71342

(b)  Docket number, case number, or opinion number:    A#201431262

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
(DETENTION BEYOUND TIME ALLOUWED) I HAVE BEEN IN PAST REMOVAL ICE DETENTION IN EXESS OF MONTHS NO SPECIAL CRIME STANCES TO CONTINUED DETENTION, I GOT A REMOVAL ORDER FROM IMMIGRATION JUDGE ON THE DATE OF JULY 25 2019 AND I WAS ALREADY COMPLAY WITH ICE CONT'D.

(d)  Date of the decision or action:  25,JULY,2019

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes              ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal:    I COULD NOT PROVIDE THE ADDITIONAL EVIDENCE

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes              ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____
    (3)  Docket number, case number, or opinion number: _____
    (4)  Result: _____
    (5)  Date of result: _____
    (6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a second appeal:  I COULD NOT PROVIDE THE ADDITIONAL EVIDENCE

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☑ No

(a) If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____
    (3)  Docket number, case number, or opinion number: _____
    (4)  Result: _____
    (5)  Date of result: _____
    (6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a third appeal:  I COULD NOT PROVIDE THE ADDITIONAL EVIDENCE

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes      ☐ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes      ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I SLED MY COUNTRY FEARING FOR MY LIFE AROUND TWO YEARS AGO AFTER CROSSING THE US MEXICO BORDER I APPLY FOR ASYLUM HOWEVER MY APPLICATION WAS DENIDED AND IWAS TOllΩ THAT I WOULD BE REMOVED FROM THIS COUNTRY WITHIN SIX MONTHS SINCE THE SIX MONTHS WINDOW HAD PASSED)ADDITIONALLY MY HEALTH IS DETERIORATEING EACH DAY SINCE I GOT HERE I GOT MULTIPLE HEALTH PROBLEM LIKE WISE DIABETES A PRESENT SKIN RASH FOR MONTHS,BACK PAIN, B.P HIGH ,STOMACH PROBLEMS.SINCE BEING DETAINED I NOW AM PHYSICALLY WEEK.CON

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:

(a)  Date you were taken into immigration custody:  26,DEC,2018

(b)  Date of the removal or reinstatement order:  25,JULY,2019

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**
REGULARATION .I WAS SOPPESSED TO BE REMOVED FROM THIS COUNTRY MORE THAN FOUR MONTH
I BELIVE THAT I'AM BEING HELD WITHOUT ANY REASON FOR THOSE LAST FOUR MONTHS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
SECTION 241 OF IMMIGRATION AND NATIONALITY ACT PRRMITS THE DETENTION OF AN ALIAN WITH
FINAL ORDER OF REMOVAL FOR A PEROID OF 90 DAYS BEYOUND THE STATUTORY PEROID ,THE SUPREME
COURT HAS HELD THAT SIX MONTHS IS PRESUMPTIVELY RESONABLE PEROID OF DETENTION FOR THE
GOVERNMENT TO EFFECT REMOVAL I WAS CONTINUED DETENTION BY RESPONDENTS IS UNLAWFUL AND
CONTRAVES 8 U.S.C 1231(A)(B)AS INTERPRETED BY SUPREME COURT IN JODUJDAS V.DAVIS. CONT'D..

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:**
SUBSTANTIVE DUE PROCESS VIOLATION : I WAS CONTINUED DETENTION VIOLATES I HAVE RIGHT TO
SUBSTANTIVE DUE PROCESS THROUGH A DEPRIVATION OF THE CORE LIBERTY INTRST IN FREEDOM FROM
BODILY RESTRAINT. SEE E.G ,TOM V. INS,,AF,SUPP 2D 1184(E.D. CAL 1998, CLARK' V.S.  CONT'D...

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE SUBSTANTIVE DUE PROCESS REQUIREDMENT OF THE FIFTH AMENDMENT PROHIBITS THE
GOVERNMENT FROM SUBJECTING TO PREVENTATIVE DETENTION PROTENTIALLY INTINDEFINITE PEROID
FURTHERMORE CIVIL  DETENTION MUST BE NARROLLY DRAWN TO SERVE LEGITIMATE AND COMPELLING
INTRESTS SUCH AS INSURING THAT DETAINES IF RELEASED WILL NOT PREVENT A DANGER TO COMMUNITY
AND NOT A SIGNIFICANT FLIGHT RISK.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:** PROCEDURAL  DUE PROCESS VIOLATION : UNDER DUE TO PROCESS CLAUSE OF THE
FIFTH AMENDMEUT,AN ALIAN IS ENTITLED TO TIMELY AND MEANIGFUL OPPURNITY TO DEMONSTRATE
THAT HE SHOULD NOT BE DETAINED.IN THIS CASE I HAS BEEN DENIED THAT OPPURTINITY ICE DOES NOT
MAKE DECISIONS CONCERNING ALIANS COSTODY IN A NEUTRAL AND IMPORTIAL MANNER.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE FALTURE OF RESPONDENTS TO PROVIDE A NATURAL DECISION-MAKER TO REVIEW THE CONTINUED
COSTODY OF ME. IF I'AM VIOLATES I HAVE RIGHT TO PROCEDURAL DUE PROCESS. RESPONDENTS FAILED
TO ACKNOWLEDGE OR ACT UPON MY ADMINISTRATIVE REQUEST FOR RELEASE IN TIMELY MANNER. THERE
NO ADMINISTRATIVE MECHANISM IN PLACE FOR ME TO DEMAND A DECISION ,TO ENSURE THAT DICISION
WILL EVER BE MODE OR APPEAL A COTODY DECISION THAT VIOLATES I'AM DETAINED IN ABSENCE CONT'D

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    I HAS BEEN DETAINED BY ICE FOR MORE THAN 260 DAYS (SINCE MY REMOVAL ORDER) AND IT'S UNLIKELY THAT I WILL BE DEPORTED TO NEPAL RESONABLY FORESEEABLE FUTURE.IHAS BEEN COMPLAY ICE TO ALL THE REQUESTED FORMS FOR ISSUE OF TRAVELL DOCUMENT DISPITE NOMEROUS REQUEST. ICE NOT ABLE TO DEPORT ME.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

THE AUTHORNEY GENERAL IS AUTHORIZED TO DETAIN ALLIANS WHO ARE SUBJECT TO FINAL ORDERS OF REMOVAL FROM THE UNITED STATES .IN THE INSTANT MATTER I HAS COMPLAY WITH ICE REQUSTS TO OBTAIN TRAVELL DOCUMENTS I HAS BEEN IN ICE COSTODY SINCE DEC,26, 2018 MY ORDER OF REMOVAL BECOME FINAL ON JULY,25,2019 I WAS BORN IN NEPAL AND I CAME TO UNITED STATES IN DEC,26,2018.

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:    I DO NOT THINK MY REASON FOR DETENTION IS VALID BECAUSE I WAS PROMISED THAT I WOULD BE REMOVED FROM THIS COUNTRY WITHIN SIX MONTHS SINCE I SIGNED THE WARENT OF REMOVAL DEPORTATION.

## Request for Relief

15.  State exactly what you want the court to do:  ASSUME JURISDICTION OVER THIS MATTER :2 GRANT MY A WRITE OF HABEAS CORPUS DIRECTLY THE RESPONDENTS TO IMMIDETELY RELESE ME FROM UNLAWFUL DETENTION (3) DECLEARE THAT MY CONTINUED DETENTION IS UNAUTHORIZED BY THE INA AND OR VIOLATES FIFTH AMENDMENT AND RELESE ME UNDER ORDER OF SUPERVISION (4)ORDER RESPONDENTS TO RETRAIN FROM TRANSFORING ME OUT OF JURISDICTION OF THE ICE (LASALLE CORRECTIONAL CENTER)OLLA,LA ICE FEILD OFFICE DURING PENDENCY OF THOSE  CONT'D....

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06 - 29 - 2020

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Page 9 of 9

6)C
IN EACH AND EVERY MATTER IT'S BEING 260 MORE DAYS BUT UNTIL REMOVAL HAS
NOT TAKEN PLACE AND I'AM STILL DETAINED.


10)C
I HAVE BEEN IN THE DETENTION SINCE THE DAY I CAME TO THIS COUNTRY.
CORRENCTLY I'AM DETAINED FOR MORE THAN FOUR MONTHS SINCE THE DEADLINE
TO REMOVE ME FROM THIS COUNTRY PASSED SO I WOULD LIKE YOU TO REQUEST TO
ISSUE AND ORDER TO RELEASE ME IN UNITED STATES OF AMERICA  (USA) SO I CAN
HAVE GET THE MEDICAL ATTANTATION THAT I NEED OR SEND ME BACK TO MY HOME
COUNTRY.

13)GROUND ONE :
(A) 533 US 678, 701(2001) ALIAN MUST BE RELEASED IF THERE IS NO RESONABLE
LIKELIWHOOD OF REMOVAL IN FUTURE.  (I WAS NO CONVICTED AT ANY CRIME AND I
BELIVE THAT MY DETENTION IS ILLIDAL)

GROUND TWO:
MATINEZ 543 U.S 678,701(2001)ALIAN MUST BE RELEASED IF THERE IS NO RESONABLE
LIKELIHOOD OF REMOVAL IN FUTURE .(I'AM NOT GETTING ALL THE REQUIRED
MEDICAL ATTANTATION , I'AM  NOT IN GOOD SAFE . IFEEL THAT DUE TO THE COVID -19
I'AM IN HI RISK IN DETENTION CENTER)

GROUND THREE :
(A) OF ANY BASIS LAW OR JUDICIAL REVIEW THAT GUIDES MY UNLAWFUL
DETENTION.

15) PROCEDINGS.(I WANT TO BE REMOVED FROM THIS COUNTRY IF THEY CANNOT
SEND ME HOME THEY SHOULD LET ME RELEASED FROM THIS COSTODY SO I CAN GET
TAKE CARE OF MY BODY OR MEDICAL ATTANTATION , IF THE COURT NEEDS MEDICAL
RECORDS OF ME THE DETENTION FACILITY WILL PROVIDEDTO THE COURT.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN STREET, SUITE 1167 SHEREVEPORT, LOUISIANA 71101
318-676-4273

To the Judge:

I am native and citizen of Nepal. I entered the United States without isnpetion, seeking protection of asylum on December 26, 2018 I am currently detained at la Salle Correctional Center in, Olla Louisiana.

I have requested for asylum before an was granted a hearing on July 25, 2019. I was denied asylum and was assigned an order of removal.

It has been 260 more days in immigration custody than was allowed and have not been removed to my country Nepal . I have not refused any request and have cooperate with ICE authorities for my removal ; however , a removal has not taken place and I am still detained.

I have now spent a year and a half of my life in detention centers. I have multiple health problems while being in custody such as Diabetes, high blood pressure, a persistent skin rash for months, back pain, and stomach problems, since being in detained I now am physically weak. I have always been in healthy my entire life and now my health is dramatically deteriorating.

I ask of you to not live my life in prison and seek to stay in the Unated States. my detainment weighs much mental pressure on me and my family. I have not seen my family in two years,and I can't consciously contac my family because of me they are having to deal with more and more problems .

So, it is my humble request for the United States of America to please realese me from custody. I have family in the country fo whom I wiil reside with if released and ask to be considered to Stay asty with sipervision. My family members name is Bismal Sapkota and his physical addres is 1044 wyckoff Ave D6 Ridgewood, NY 11385 his phone number is 347-439-2739 . I am freely willing to adhere to any requets and guidelines to remain in country, to inclide appearing before courts when assined.

If you need additional information from me I am willing and commited to cooperate with your government and all laws furthermore thank you for considering my request. Please reply at your earliets convenience

Respectfully, Amrit Sapkota A#201-431-262