UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMRIT SAPKOTA #A201431262,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00851-P |
| VERSUS | JUDGE DRELL |
| LASALLE CORRECTIONAL CENTER ET AL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 13) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (ECF No. 9) is GRANTED, and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers, in Alexandria, Louisiana, this 11th day of December 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE